United States Bankruptcy Court
District of Connecticut

In re:
Samuel D. Harris
    Debtor

Case No. 18-30065-amn
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0205-3           User: pesposito             Page 1 of 2             Date Rcvd: Jan 31, 2018
                               Form ID: 112                Total Noticed: 19
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2018.
```
db              +Samuel D. Harris,    55-57 Beacon Street,    Hamden, CT 06514-4010
8836605         +Elaine Harris,    660 Mix Avenue 1M,    Hamden, CT 06514-2362
8836606         +Greater New Haven WPCA,    260 East Street,    Attn: President / Manager,
                 New Haven, CT 06511-5839
8836609         +McCalla Raymer Leibert Pierce,    Attn: President / Manager,    50 Weston Street,
                 Hartford, CT 06120-1504
8836610         +Murtha Cullina LLP,    265 Church Street,    Attn: President / Manager,
                 New Haven, CT 06510-7013
8836611         +Nair & Levin P.C.,    Attn: President / Manager,    707 Bloomfield Avenue,
                 Bloomfield, CT 06002-2406
8836612        #+New Haven Radiology Assoc. PC,    11 Lunar Drive,    Attn: President / Manager,
                 Woodbridge, CT 06525-2320
8836613         +Office of Housing&Neighborhood,    Development Program,    Attn: President / Manager,
                 2750 Dixwell Avenue,    Hamden, CT 06518-3320
8836614          PHH Mortgage,    PO Box 371458,    Attn: President / Manager,    Pittsburgh, PA 15250-7458
8836617          State of  Connecticut - DRS,    Attn: President / Manager,    Collections Unit - Bankruptcy,
                 450 Columbus Blvd., Ste. 1,    Hartford, CT 06103-1837
8836620         +William D. Cote, Esq.,    305 South End Road,    East Haven, CT 06512-4542
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 18:37:23      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    P.O. Box 41021,    Norfolk, VA 23541-1021
8837798         +E-mail/Text: bankruptcy@cavps.com Jan 31 2018 18:40:50     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
8836608          E-mail/Text: cio.bncmail@irs.gov Jan 31 2018 18:40:33      Internal Revenue Service,
                 Attn: President / Manager,    PO Box 7346,    Philadelphia, PA 19101-7346
8836954         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 18:48:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
8836615         +E-mail/Text: rwabankruptcy@rwater.com Jan 31 2018 18:40:56      Regional Water Authority,
                 90 Sargent Drive,    Attn: President / Manager,    New Haven, CT 06511-5966
8836616         +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2018 18:37:27      Sam’s Club/Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
8836618          E-mail/Text: bankruptcy@uinet.com Jan 31 2018 18:40:27      United Illuminating Co.,
                 PO Box 9230,    Attn: President / Manager,    Chelsea, MA 02150-9230
8836619          E-mail/Text: bankruptcy@uinet.com Jan 31 2018 18:40:27      United Illuminating Co.,
                 Attn: President / Manager,    PO Box 9230,    Chelsea, MA 02150-9230
                                                                                              TOTAL: 8
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8836607        ##+Hospital of Saint Raphael,    1450 Chapel Street,    Attn: President / Manager,
                 New Haven, CT 06511-4405
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                                                             Signature:  /s/Joseph Speetjens

```
District/off: 0205-3           User: pesposito              Page 2 of 2                  Date Rcvd: Jan 31, 2018
                               Form ID: 112                 Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2018 at the address(es) listed below:

```
          Neil   Crane    on behalf of Debtor Samuel D. Harris neilcranecourt@neilcranelaw.com,
           neilcranecourt@gmail.com
          Roberta   Napolitano    rnapolitano@ch13rn.com,  courtalerts@ch13rn.com
          U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

# United States Bankruptcy Court

## District of Connecticut

Filed and Entered
On Docket
January 31, 2018

In re:
    Samuel D. Harris
                      Debtor*

Case Number: 18−30065 amn
Chapter: 13

### NOTICE OF CONFIRMATION HEARING

**PLEASE TAKE NOTICE** that a Confirmation Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **May 10, 2018** at **11:00 AM** to consider and act upon the following matter(s):

    **Third Amended Chapter 13 Plan Before Confirmation Filed by Neil Crane on behalf of Samuel D. Harris Debtor (Re: Doc #14)**

**OBJECTION(S) DUE:** May 3, 2018 before 4:00 p.m.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: January 31, 2018

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe