UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SAMUEL D. HARRIS | : CASE NO. 18-30065-AMN-13 |
| | : |
| Debtor | : October 21, 2018 |

**MOTION TO DISMISS CHAPTER 13 CASE**

      Roberta Napolitano, Chapter 13 Standing Trustee, ("Trustee") represents that the above-captioned Debtor ("Debtor") has failed to properly prosecute this bankruptcy case in one or more of the following respects. The Trustee seeks dismissal of the case for cause pursuant to 11 U.S.C. Section 1307(c) based on the deficiencies indicated below.

      If the deficiencies set out below are remedied and the case is not dismissed, notice is hereby given to the Debtor that the Trustee may also seek dismissal of the Chapter 13 case at the hearing on confirmation of the Debtor's Chapter 13 plan. If the Debtor cannot confirm a plan for any reason, then the Trustee will request at the confirmation that the case be dismissed under 11 U.S.C. Section 1307(c)(5).

1. I reviewed the files and records of the office of the Standing Chapter 13 Trustee for the District of Connecticut made and kept in the usual and ordinary course of its business. The records on were made at or near the time of the events they record by someone with knowledge of the events they record.

2. I rely on those records in making the following statements.

3. <u>The Debtor has failed to maintain plan payments</u>: Section 1326(a) of the Bankruptcy Code requires the Debtor to start making plan payments within 30 days of the time (s)he filed the plan or the case, whichever is earlier. The Debtor filed this case on January 15, 2018 and a Plan (ECF #10) on January 29, 2018. The Debtor amended the plan on January 29, 2018 (ECF #11), January 31, 2018 (ECF #13 and ECF #14), and June 14, 2018 (ECF #30, the "Plan"). The Debtor should have paid a total of $10,206.00. To date, the Debtor is overdue in the amount of $4,078.00. Given the failure to make payments, it appears that the Debtor will be unable to comply with 11 U.S.C. §1325(a)(6) by making all payments and complying with the Plan. A report of receipts to date from the Trustee's system is attached.

I declare under penalty of perjury that the information contained in the foregoing **numbered** paragraphs is true and correct. Executed on October 21, 2018.

4. <u>The Plan's treatment of secured creditors violates 11 U.S.C. § 1325(a)(5).</u> The Plan provides for various liens to be deemed unsecured, but the Debtor has not filed a motion to determine status or avoid liens.

Wherefore, the Trustee requests that the court dismiss the case, unless the indicated defects are cured prior to any hearing on this motion.

/s/Roberta Napolitano
Roberta Napolitano, tr08378
Chapter 13 Standing Trustee
10 Columbus Blvd., 6th Floor
Hartford, CT 06106
Tel: (860) 278-9410/Fax: (860) 527-6185
Email: rnapolitano@ch13rn.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE: : CHAPTER 13
SAMUEL D. HARRIS : CASE NO. 18-30065-AMN-13
:
Debtor : October 21, 2018

CERTIFICATE OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the date set forth above, the following documents were served on the U.S. Trustee and all appearing parties via the court's electronic filing system, or by first class mail on the parties listed in section 2 below:

1. **Documents Served:** Motion to Dismiss with proposed order thereon

1. **Parties Served Via First Class Mail:**
   Debtor(s):
   SAMUEL D. HARRIS
   55-57 BEACON STREET
   HAMDEN, CT 06514

2. **Parties Served Electronically Include:**
   Debtor's Attorney: NEIL CRANE, ESQ.
   Email: neilcranecourt@neilcranelaw.com;

   Office of the United States Trustee,
   Kim McCabe, Assistant United States Trustee
   Email: ustpregion02.nh.ecf@usdoj.gov

/s/ Roberta Napolitano
Roberta Napolitano tr08378
Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
New Haven Division

IN RE: : CHAPTER 13
SAMUEL D. HARRIS : CASE NO. 18-30065-AMN-13
:
    Debtor :

ORDER DISMISSING CASE UNDER CHAPTER 13

    A Trustee's Motion to Dismiss the above referenced case pursuant to 11 U.S.C. Section 1307(c) having been filed with the court, after notice and hearing, *see* 11 U.S.C. Section 102(1), it is ORDERED that the motion is GRANTED and the case is DISMISSED WITHOUT PREJUDICE.

**Receipts and Refunds through 10/21/2018**

Case Number: 1830065
Debtor: HARRIS, SAMUEL D.

| Date | Period | Transaction Type | Source | Check/MO# | Funds In | Funds Out |
|---|---|---|---|---|---|---|
| 08/13/2018 | 08/2018 | Receipt | Personal Check | 533 | 1,004.00 | 0.00 |
| 07/16/2018 | 07/2018 | Receipt | MO | 41458 | 854.00 | 0.00 |
| 06/15/2018 | 06/2018 | Receipt | Money Order | 25005932818 | 4.00 | 0.00 |
| 06/15/2018 | 06/2018 | Receipt | Money Order | 25005932807 | 850.00 | 0.00 |
| 05/15/2018 | 05/2018 | Receipt | Money Order | 24655148943 | 12.00 | 0.00 |
| 05/15/2018 | 05/2018 | Receipt | Money Order | 25066613428 | 850.00 | 0.00 |
| 05/15/2018 | 05/2018 | Receipt | Money Order | 25066613430 | 850.00 | 0.00 |
| 05/15/2018 | 05/2018 | Receipt | Money Order | 25066613441 | 850.00 | 0.00 |
| 02/20/2018 | 02/2018 | Receipt | 24728{179:3} | 893288 | 854.00 | 0.00 |
| **Paid This Period: 6,128.00** | | | | | **6,128.00** | **0.00** |